IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LORI SUSAN MOTT,

      Plaintiff,          ORDER

  v.                 13-cv-32-wmc

MWI VETERINARY SUPPLY, INC.,

      Defendant.

---

  Plaintiff Lori Mott filed this civil action on January 16, 2013, against defendant Steven J. Adams and paid the $350 filing fee. The next day, the court directed plaintiff to serve her complaint on defendant Adams. On March 13, 2013 plaintiff filed an amended complaint adding MWI Veterinary Supply, Inc. as a defendant and removing Steven J. Adams from the case caption. On March 28, 2013, plaintiff filed a copy of the notice of lawsuit and request to waive service of summons that she sent to MWI Veterinary Supply, Inc. on March 26, 2013. However, to date, the court has not received the signed waiver of summons form that plaintiff should have received from the defendant. If plaintiff has not received a signed waiver form, then she must arrange personal service on the defendant by summons.

  Accordingly, IT IS ORDERED that, no later than June 20, 2013, plaintiff must file the signed waiver of service of summons form of her complaint on the defendant or advise the court in writing if she has not received the signed waiver form from the defendant. If plaintiff has been unsuccessful in obtaining the signed waiver form from the defendant, she must promptly request summons forms from the clerk of court so that she can arrange for personal service of the summons and complaint on the defendant. If, by June 20, 2013, plaintiff fails to file a signed waiver of service of summons form of her complaint on the defendant or advise the court

in writing if she has not received the signed waiver from the defendant, then plaintiff's case may be subject to dismissal for her failure to prosecute.

Entered this 10th day of June, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge