IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LORI SUSAN MOTT,

                Plaintiff,                              ORDER

      v.                                              13-cv-32-wmc

MWI VETERINARY SUPPLY, INC.,

                Defendant.

---

In an order dated June 11, 2013, I directed plaintiff to file a signed waiver of service of summons of her complaint on the defendant or advise the court in writing if she had not received the signed waiver from the defendant. Plaintiff responded to the June 11 order stating that she had not received a signed waiver and requested a summons from the clerk of court, which was issued and mailed to her on June 20, 2013. Almost thirteen weeks have passed and nothing has happened: the court has not received proof of service from plaintiff or a written explanation of the efforts she has made to serve the defendant. So, plaintiff must provide a status report as to what steps she has taken to serve her complaint on the defendant.

ORDER

IT IS ORDERED that plaintiff Lori Mott may have until September 27, 2013, in which to advise the court in writing what steps she has taken to serve her complaint on the defendant. If, by September 27, 2013, plaintiff fails to respond to this order, then her case may be subject to dismissal for failure to prosecute.

Entered this 18th day of September, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge