IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LORI SUSAN MOTT,

                Plaintiff,                      OPINION AND ORDER

     v.                                                13-cv-032-wmc

MWI VETERINARY SUPPLY. INC.,

                Defendant.

---

In this proposed civil action, plaintiff Lori Mott alleges that her former employer, MWI Veterinary Supply, Inc., violated her rights by terminating her employment. Mott seeks damages and reimbursement of fees from MWI.

In orders entered in this court on January 16, June 10, and September 18, 2013, Mott was ordered (1) to serve her complaint on the defendant and file proof of service; or (2) if she was unable to perfect service, to advise the court in writing of the steps she has taken to serve her complaint on the defendant. (Dkt. ##2, 7, 10.) Mott was warned that her failure to submit this information may result in dismissal of this case. Most recently, Mott was specifically warned by order of this court that her failure to comply as directed by September 27, 2013, would result in dismissal.

To date, Mott has failed to comply by providing the necessary update to the court. Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed without prejudice for want of prosecution. *See*

FED. R. CIV. P. 41(a); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that the complaint filed by plaintiff Lori Susan Mott is DISMISSED without prejudice for want of prosecution. The plaintiff is advised that relief from this order may be granted upon a showing of good cause.

Entered this 11th day of October, 2013.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge