IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORI SUSAN MOTT,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                               13-cv-32-wmc

MWI VETERINARY SUPPLY, INC.,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to prosecute.

    /s/                                                 10/11/2013
Peter Oppeneer, Clerk of Court                Date